1    F. Richard Ruderman (SB No. 142226)
     Daniel R. Shaw (SB No. 281387)
2    Colleen A. Snyder (SB No. 274064)
     Ruderman & Knox, LLP
3    1300 National Drive, Suite 120
     Sacramento, CA 95834
4    Telephone:  916-563-0100
     Facsimile:  916-563-0114
5
     Attorneys for Plaintiff
6

7                    THE UNITED STATES DISTRICT COURT
8              FOR THE EASTERN DISTRICT OF CALIFORNIA
9
   JAY T. and ANNE M.-T., individually, and as       CASE NO.: 2:16-cv-00136-MC-AC
10 guardians ad litem for M. M.-T.,
                                                      **ORDER APPOINTING GUARDIANS AD**
11                    Plaintiffs,                     **LITEM**

12            v.

13 SACRAMENTO CITY UNIFIED SCHOOL
   DISTRICT,
14
                      Defendant.
15

16        The Petition for an Order Appointing JAY T. and ANNE M.-T. as guardians ad litem for

17 M.M.-T. is hereby GRANTED.

18        IT IS SO ORDERED.

19 Dated:  January 26, 2016

20

21                                            _____
                                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
22                                            UNITED STATES DISTRICT COURT

23

24

25

26

27

28