F. Richard Ruderman (SB No. 142226)
rick@rudermanknox.com
Colleen A. Snyder (SB No. 274064)
colleen@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY T. and ANNE M.-T., individually, and as guardian ad litem for M.M.-T., <br><br> Plaintiffs, <br><br> vs. <br><br> SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, <br><br> Defendant. | CASE NO: 2:16-cv-00136-MCE-AC <br><br> **STIPULATED REQUEST FOR CONTINUANCE OF BRIEFING AND HEARING SCHEDULE; ORDER THEREON** <br><br> **Courtroom: 7, 14th Floor** <br> **Judge:  Hon. Morrison C. England, Jr.** <br><br> Action Filed: January 21, 2016 |

Pursuant to Local Rules 143 and 144, Plaintiffs Jay T., Anne M.-T., individually, and as guardians ad litem for M.M.-T. ("Plaintiffs"), by and through their undersigned counsel, and Defendant Sacramento City Unified School District ("District"), by and through its undersigned counsel, hereby stipulate, subject to approval of the Court, to the following:

1)	On May 16, 2016, the parties agreed, via stipulation, to the following briefing and hearing schedule:

- 	Plaintiffs' Opening Memorandum to be filed on or before July 22, 2016;
- 	District's Opposition Memorandum to be filed on or before August 19, 2016;
- 	Plaintiff's Reply Brief to be filed within fourteen days of filing of Opposition

STIPULATED REQUEST FOR CONTINUANCE
OF BRIEFING AND HEARING SCHEDULE;
ORDER THEREON

JAY T., et al. v. SCUUSD
Case No. 2:16-cv-00136-MCE-AC
Page 1

|   |   |
|---|---|
| 1 | Brief; |
| 2 | • Hearing on September 22, 2016. |
| 3 | 2) On May 17, 2016, the Court ordered the briefing and hearing schedule as proposed by the parties. |
| 5 | 3) Because of unforeseen work obligations, and a delay in receiving the administrative record, counsel for Plaintiffs requested, and counsel for Defendant agreed, to continue the briefing and hearing schedule as follows: |

1  Brief;

2  • Hearing on September 22, 2016.

3  2) On May 17, 2016, the Court ordered the briefing and hearing schedule as proposed by the
4  parties.

5  3) Because of unforeseen work obligations, and a delay in receiving the administrative
6  record, counsel for Plaintiffs requested, and counsel for Defendant agreed, to continue the
7  briefing and hearing schedule as follows:

8  • Plaintiffs' Opening Memorandum in Support of an Award of Attorneys' Fees
9  (limited to 25 pages) and supporting papers, shall be filed on or before August 31,
10  2016;

11  • District's Opposition Memorandum (limited to 25 pages) and supporting papers
12  shall be filed on or before September 30, 2016;

13  • Plaintiffs' Reply Memorandum (limited to 15 pages) and supporting papers shall
14  be filed by no later than 14 days after the District's Opposition Memorandum is
15  filed;

16  • Hearing on November 17, 2016.

17  4) There have been no previous modifications to the proposed briefing and hearing
18  schedule, either by stipulation or Court order.

19  5) Accordingly, the parties request approval for this modification of the schedule.

Respectfully submitted,

Dated: July 11, 2016          **RUDERMAN & KNOX, LLP**

/s/ Colleen A. Snyder
COLLEEN A. SNYDER
Attorney for Plaintiffs Jay T. and Anne M.-T.,
individually and as guardians ad litem for M.M.-T.

Dated: July 11, 2016                     **LOZANO SMITH**

/s/   Sloan Simmons
SLOAN SIMMONS
Attorney for Defendant Sacramento City Unified School District

# ORDER

Based upon the foregoing Stipulation between Plaintiffs Jay T. and Anne M.-T., individually, and as guardians ad litem for M.M.-T. ("Plaintiffs") and Defendant Sacramento City Unified School District ("District"), and GOOD CAUSE APPEARING THEREFORE:

The Court hereby orders the briefing and hearing schedule be continued in this action as follows:

1. Plaintiffs' Opening Memorandum in Support of an Award of Attorneys' Fees (limited to 25 pages) and supporting papers, shall be filed on or before August 31, 2016;

2. District's Opposition Memorandum (limited to 25 pages) and supporting papers shall be filed on or before September 30, 2016;

3. Plaintiffs' Reply Memorandum (limited to 15 pages) and supporting papers shall be filed by no later than 14 days after the District's Opposition Memorandum is filed; and

4. A hearing is set for November 17, 2016, at 2:00 p.m. on the merits of the Motion.

**IT IS SO ORDERED.**

Dated:  July 12, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATED REQUEST FOR CONTINUANCE
OF BRIEFING AND HEARING SCHEDULE;
ORDER THEREON

JAY T., et al. v. SCUUSD
Case No. 2:16-cv-00136-MCE-AC
Page 3