F. Richard Ruderman (SB No. 142226)
rick@rudermanknox.com
Colleen A. Snyder (SB No. 274064)
colleen@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiffs

# THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY T. and ANNE M.-T., individually, and as guardians ad litem for M.M.-T., <br><br>Plaintiffs, <br><br>vs. <br><br>SACRAMENTO CITY UNIFEID SCHOOL DISTRICT, <br><br>Defendant. | CASE NO: 2:16-cv-00136-MCE-AC <br><br>**ORDER TO SEAL ADMINISTRATIVE RECORD** |

WHEREFORE, the Parties have stipulated and requested that the administrative record, in its entirety, be placed under seal by the Clerk and not made part of the public record.

Good cause appearing, IT IS SO ORDERED.

Dated: September 1, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE