F. Richard Ruderman (SB No. 142226)
rick@rudermanknox.com
Colleen A. Snyder (SB No. 274064)
colleen@rudermanknox.com
Ruderman & Knox, LLP
1300 National Drive, Suite 120
Sacramento, CA 95834
Telephone: (916) 563-0100
Facsimile: (916) 563-0114

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY T. and ANNE M.-T., individually, and as guardians ad litem for M.M.-T., <br><br> Plaintiffs, <br><br> vs. <br><br> SACRAMENTO CITY UNIFIED SCHOOL DISTRICT, <br><br> Defendant, | CASE NO: 2:16-cv-00136-MCE-AC <br><br> **JUDGMENT** <br><br> Judge: Morrison C. England, Jr. |

On July 21, 2017, the Court issued a Memorandum and Order awarding attorneys' fees and costs to Plaintiffs in connection with their successful action against Defendant under the Individuals with Disabilities in Education Act (IDEA). Consistent with the Court's Memorandum, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1) Plaintiffs are awarded attorneys' fees and costs in the amount of $121,577.10.

2) Within thirty days, Defendant shall issue a check for attorneys' fees and costs in that amount to Plaintiffs. The check shall be made payable to Ruderman & Knox, LLP, Attorney-Client Trust Account, 1300 National Drive, Suite 120, Sacramento CA 95834.

///

///

The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file

    IT IS SO ORDERED.

Dated: August 21, 2017

                                                      MORRISON C. ENGLAND, JR
                                                      UNITED STATES DISTRICT JUDGE